Caesar S. Natividad, Esq. SBN 207801
THE NATIVIDAD LAW FIRM
3333 S. Brea Canyon Road, Suite 226
Diamond Bar, CA 91765
Telephone: (909) 348-5970
Facsimile: (909) 348-5794
E-mail: csnatividad@natividadlawfirm.com

Attorneys for Plaintiff
VICTOR BOLANO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR BOLANO, an individual, <br><br> Plaintiff, <br><br> v. <br><br> BURLINGTON COAT FACTORY DIRECT CORPORATION, a corporation, and DOES 1 through 20, Inclusive, <br><br> Defendants, | Case No: CV 08-04330 SI <br> (Assigned for all purposes to Hon. Susan Illston in Courtroom No. 10) <br><br> **JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE HEARING DATE AND ADR DEADLINES** <br><br> Date Filed: September 22, 2008 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLAINTIFF VICTOR BOLANO AND DEFENDANT BURLINGTON COAT FACTORY DIRECT CORPORATION**, hereby jointly request the Court for an order to continue the Initial Case Management Conference hearing and other

deadlines from **January 9, 2009** to **March 6, 2009** or to a date convenient for the court. The parties respectfully make this request because:

1. The Plaintiff's counsel CAESAR S. NATIVIDAD will be on prepaid vacation from January 9, 2009 until February 2, 2009 and will not be available in time for the initial case management conference hearing on January 9, 2009.

The parties therefore respectfully stipulate and ask the Court that the initial case management conference hearing that have been set on the above-referenced matter be vacated and continued. Both parties are available on March 6, 2009.

Date: November 18, 2008          THE NATIVIDAD LAW FIRM


By: _____
Caesar S. Natividad, Attorney for Plaintiff
VICTOR BOLANO


OGLETREE, DEAKINS, NASH, SMOAK
&STEWART, P.C.


By: _____
John G. Lee, Attorney for Defendant
BURLINGTON COAT FACTORY
DIRECT CORPORATION

---
2
JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE HEARING
DATE AND ADR DEADLINES

## [PROPOSED] ORDER:

The above-referenced joint stipulation to continue the initial case management conference hearing from January 9, 2009 to March 6, 2009 at 2:00 p.m. in Courtroom No. 10 located at the 19th Floor, Federal Building is hereby granted.

The Court further orders that the ADR deadlines and last day to file Rule 26(f) Report are also continued and will be set with reference to the new hearing date.

IT IS SO ORDERED.

Dated: _____          _____
                                United States District Judge