**IN THE UNITED STATES DISTRICT COURT**

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOLANO,<br><br>        Plaintiff,<br><br>  v.<br><br>BURLINGTON COAT FACTORY DIRECT CORPORATION,<br><br>        Defendant.<br>_____/ | No. C 08-04330 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 19, 2009 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 4, 2009.

DESIGNATION OF EXPERTS: 9/14/09; REBUTTAL: 9/21/09.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is October 9, 2009.

DISPOSITIVE MOTIONS **SHALL** be filed by October 16, 2009;

    Opp. Due October 30, 2009; Reply Due November 6, 2009;

    and set for hearing no later than November 20, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: December 15, 2009 at 3:30 PM.

JURY TRIAL DATE: January 11, 2009 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Mediation shall occur within 90 days.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                  SUSAN ILLSTON
                                  United States District Judge