1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTOR BOLANO,                                    No. C 08-04330 SI

        Plaintiff,                              **JUDGMENT**

  v.

BURLINGTON COAT FACTORY DIRECT
CORPORATION and DOES 1-20

        Defendants.
_____/

      Plaintiff's motion to dismiss is granted.  This action is dismissed with prejudice.


      **IT IS SO ORDERED AND ADJUDGED.**

Dated: June 23, 2009                        _____
                                                              SUSAN ILLSTON
                                                              United States District Judge